## Commonwealth v. Haymes, Appellant.

Submitted June 8, 1970. *Robert Scandone* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for reconsideration in the light of *Commonwealth v. Cullen,* 216 Pa. Superior Ct. 23, 260 A. 2d 818 (1969).

WRIGHT, P. J., dissents.

## Commonwealth v. Hensley, Appellant.

Argued June 8, 1970. *James R. Humer,* Public Defender, for appellant; *Edgar B. Bayley,* First Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Hershey, Appellant.

Argued June 8, 1970. *James R. Humer,* Public Defender, for appellant; *Edgar B. Bayley,* First Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.